IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                          **Case No. 4:20-cr-40004-SOH**

**RALIEGH CEDRIC LEE**                                                                   **DEFENDANT**

**O R D E R**

**BEFORE** the Court is the Defendant's Motion to Release Defendant to In-Patient Treatment Facility. ECF No. 64. The Defendant was initially released on November 16, 2023 to await a final hearing regarding a Petition to Revoke his Supervised release. ECF No. 58. Defendant was released subject to the terms of his existing supervised release. On December 19, 2023, a Petition to Revoke his prehearing release was filed as a result of an alleged positive test for use of methamphetamine. ECF No. 60. Defendant was arrested on December 21, 2023, as a result of this new allegation.

The Court conducted a hearing on the Defendant's Motion for Release on January 9, 2024. ECF No. 66. A review of the allegations in this case reveal that all of the alleged violations of supervised release involve Defendant's use of a controlled substance. It is clear to the Court the Defendant suffers from a serious substance abuse problem. Defendant has previously been offered in-patient substance abuse treatment. The United States Probation Office has exhausted the tools available to it to assist Defendant. The Defendant continues to use controlled substances in violation of his conditions of release. The Court has no confidence that the Defendant will abide by any additional condition of release it places on Defendant at this time. Accordingly, the Court **DENIES** Defendant's Motion to Release Defendant to In-Patient Treatment Facility (ECF No. 64) and **ORDERS** Defendant **DETAINED** pending a final hearing in this matter.

**SIGNED** this **11th day of January 2024.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE